H. Gary Brown
1003 W. Michigan Drive
Hammond, LA 70401
hgarybrown@gmail.com
Phone: (504) 756-1987
Fax: (985) 238-3818

# UNITED STATES DISTRICT COURT

for the

# EASTERN DISTRICT OF TENNESSEE

Case No. _____ 1:24-cv-12 CEA/skl

HOWARD BROWN

--Plaintiff--

-V.-

CITY OF CHATTANOOGA, a political subdivision of the State of Tennessee, KARLI THOMAS in both her individual capacity and her official capacity as an officer of the CHATTANOOGA POLICE DEPARTMENT, SHERIFF AUSTIN GARRETT in his individual and official capacity as HAMILITON COUNTY SHERIFF

--Defendants.--

**FILED JAN 18 2024 Clerk, U. S. District Court Eastern District of Tennessee At Chattanooga**

## MOTION FOR E-FILING

Plaintiff, Howard Brown, pro se party, moves this court for permission to file electronically in the matter captioned above. Appellee's counsel has been contacted regarding this motion; the motion is unopposed.

Plaintiff has reviewed the Eastern District's ECF Information page and understands the rules of e-filing. Plaintiff has registered with

PACER and currently has a CM/ECF account. Plaintiff consents to electronic service at the email address registered to the Plaintiff's PACER account. Plaintiff understands that consent to e-service requires that service of filings via US Mail will be discontinued.

Plaintiff asks that this motion be granted, because Plaintiff lives out of state and would be more appropriate for this litigation.

Plaintiff understands if this motion is granted, that e-filing privilege only applies to this case and that abuse of the e-filing privileges may result in revocation of the right to e-file.

For the above reasons, Plaintiff seeks permission to e-file in this matter.

Respectfully Submitted,

By: _____
Howard G. Brown, Pro-Se Plaintiff
1003 W. Michigan Drive
Hammond, LA 70401
hgarybrown@gmail.com
Phone: (504) 756-1987
Fax: (985) 238-3818