# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

HOWARD BROWN

v.                                              Case No.: 1:24–mc–00007–TRM–SKL

CITY OF CHATTANOOGA

### NOTICE of Deficiency (IFP)

    The Court is in receipt of your complaint/petition. However, in order for this matter to proceed, you must either pay the required filing fee or submit an application to proceed in forma pauperis. Pursuant to E.D. Tenn. L.R. 4.5, this matter will be administratively closed if the deficiency is not cured within twenty days.